JS 45 (01/2008)                          REDACTED

## Criminal Case Cover Sheet                                                  U.S. District Court

**Place of Offense:**              Under Seal: Yes _X_ No ____   Judge Assigned: _LMB_
City _____             ____ Superseding Indictment   Criminal Number: _1:13CR317_
County/Parish _Fauquier_          ____ Same Defendant           ____ New Defendant _____
                                  Magistrate Judge Case Number _____   Arraignment Date: ____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____
                                  Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No _X_  FBI # _194B-WF-241903_
Defendant Name: _William Stuart, Jr._   Alias Name(s) _____
Address: _▓▓▓▓▓▓▓▓▓▓▓▓, Bealeton, VA_
Employment: _Sales_

Birth date ▓▓▓▓1961   SS# _793_____8  Sex _M_ Def Race _White_  Nationality _U.S._  Place of Birth ____
Height _5'11"_  Weight _200_  Hair _Brown_  Eyes _Blue_  Scars/Tattoos _None Known_
   Interpreter: _X_ No ___ Yes  List language and/or dialect: _____  Automobile Description _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody       ___ On Pretrial Release      _X_ Not in Custody
_X_ Arrest Warrant Requested       ___ Fugitive                 ___ Summons Requested
___ Arrest Warrant Pending         ___ Detention Sought         ___ Bond _____

**Defense Counsel Information:**
Name: _____         ___ Court Appointed    Counsel conflicted out: _____
Address: _____      ___ Retained           _____
Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**
AUSA _Mark D. Lytle_   Telephone No: _703-299-3768_   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
FBI, 9325 Discovery Blvd., Manassas, VA 20109, 703-686-6260, Matthew Ellis, Special Agent

**U.S.C. Citations:**

|       | Code/Section          | Description of Offense Charged              | Count(s) | Capital/Felony/Misd/Petty |
|-------|----------------------|---------------------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 666(a)(1)(A) | Theft Concerning Programs Receiving Federal Funds | 1        | Felony                    |
| Set 2 |                      |                                             |          |                           |
| Set 3 |                      |                                             |          |                           |

(May be continued on reverse)

Date: _July 24, 2013_   Signature of AUSA: _[signature]_